**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN, *Plaintiff,* v. CSX TRANSPORTATION, *Defendant.* | No. 2:25-cv-01892-GAW |

## ORDER

**AND NOW**, this 23rd day of July, 2026, upon consideration of Defendant's Motion for Summary Judgment (Dkt. 35), Plaintiff's Combined Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment (Dkt. 39), and the replies thereto (Dkts. 40, 43), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Motion is **DENIED**. Plaintiff's Complaint (Dkt. 1) is hereby **DISMISSED** for lack of jurisdiction.

BY THE COURT:

_____
Gail A. Weilheimer, J.